```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF TENNESSEE
                              WESTERN DIVISION
```

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                  NO. 2:09cr20340-2 Ma

JOSHUA DELAPENHA,

    Defendant.

ORDER WAIVING APPEARANCE AT ARRAIGNMENT

    Before the court is the September 14, 2009, Motion to Waive Personal Appearance at Arraignment of defendant Joshua Delapenha. The defendant's signed waiver of appearance is filed with the Court as DE#32.  For good cause shown, Joshua Delaphenha's appearance is waived at the Arraignment set on September 16, 2009, based on his written waiver.

    It is so ORDERED this 16th day of September, 2009.

                                                    s/ Charmiane G. Claxton
                                                  UNITED STATES MAGISTRATE JUDGE